# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| JOBY AQUINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company; BTS NORTH, INC. dba BOOBY TRAP DORAL AREA, a Florida Corporation; BOOBY TRAP, INC., a Florida Corporation; PHILLIP GORI, an individual; P.T.G. ENTERTAINMENT, INC. dba BOOBY TRAP, a Florida Corporation; GREGG BERGER, an individual; B&G OPA LAND HOLDINGS, LLC dba BOOBY TRAP, a Florida Limited Liability Company; THE GORI FAMILY LIMITED PARTNERSHIP dba BOOBY TRAP, a Florida Limited Partnership; PG INVESTMENTS I, INC., a Florida Corporation; PG INVESTMENTS II, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: **1:20-CV-20090-RNS** |

## MOTION TO APPEAR *PRO HAC VICE*, CERTIFICATION WRITTEN DESIGATION AND CONSENT TO ACT

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John P. Kristensen of the law firm of Kristensen, LLP, 12540 Beatrice St., Suite 200, Los Angeles, California 90066; (310) 507-7924 for purposes of appearance as co-counsel on behalf of plaintiffs JOBY AQUINO, and on behalf of all others similarly situated, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John P. Kristensen to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Kristensen is a member of good standing and admitted to practice before the State of California. In addition Mr. Kristensen is admitted in the United States District Court for the Northern District of California, Southern District of California, Eastern District of California and Central District of California, the District of Colorado as well as the Ninth Circuit of Court of Appeals.

2. Movant, Raymond R. Dieppa, Esquire, of the law firm of Florida Legal, LLC, 14 Northeast First Avenue, Suite 1001, Miami, Florida 33132; (305) 901-2209, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through

the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, John P. Kristensen has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. John P. Kristensen by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John P. Kristensen at email address: john@kristensenlaw.com.

WHEREFORE, Raymond R. Dieppa, moves this Court to enter an Order John P. Kristensen, to appear before this Court on behalf of Plaintiff Joby Aquino, and all others similarly situated for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John P. Kristensen.

Respectfully submitted,

        FLORIDA LEGAL, LLC

        By: */s/ Raymond R. Dieppa*
        Raymond R. Dieppa, Esq. FBN: 27690
        Ray.Dieppa@floridalegal.law
        FLORIDA LEGAL, LLC
        12550 Biscayne Blvd.
        Suite 209
        North Miami, Florida 33181
        (305) 901-2209 – TELEPHONE
        (786) 870-4030- FACSIMILE

        -and-

        KRISTENSEN LLP
        John P. Kristensen (*Pro Hac Vice* Applicant)
        Email: *john@kristensenlaw.com*
        12540 Beatrice Street, Suite 200
        Los Angeles, California 90066

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| JOBY AQUINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company; BTS NORTH, INC. dba BOOBY TRAP DORAL AREA, a Florida Corporation; BOOBY TRAP, INC., a Florida Corporation; PHILLIP GORI, an individual; P.T.G. ENTERTAINMENT, INC. dba BOOBY TRAP, a Florida Corporation; GREGG BERGER, an individual; B&G OPA LAND HOLDINGS, LLC dba BOOBY TRAP, a Florida Limited Liability Company; THE GORI FAMILY LIMITED PARTNERSHIP dba BOOBY TRAP, a Florida Limited Partnership; PG INVESTMENTS I, INC., a Florida Corporation; PG INVESTMENTS II, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: **1:20-CV-20090-RNS** |

## **CERTIFICATION OF JOHN P. KRISTENSEN**

John P. Kristensen, Esquire, pursuant to Local Rule of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of The United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of California and the United States District Court for the Northern District of California, Central District of California, Eastern District of California, Southern District of California, the District of Colorado and Ninth Circuit Court of Appeals; and (3) I have not filed three or more motions for *Pro Hac Vice* admission in this District within the last 365 days.

John P. Kristensen

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| JOBY AQUINO, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>BT'S ON THE RIVER, LLC dba BOOBY TRAP ON THE RIVER, a Florida Limited Liability Company; BTS NORTH, INC. dba BOOBY TRAP DORAL AREA, a Florida Corporation; BOOBY TRAP, INC., a Florida Corporation; PHILLIP GORI, an individual; P.T.G. ENTERTAINMENT, INC. dba BOOBY TRAP, a Florida Corporation; GREGG BERGER, an individual; B&G OPA LAND HOLDINGS, LLC dba BOOBY TRAP, a Florida Limited Liability Company; THE GORI FAMILY LIMITED PARTNERSHIP dba BOOBY TRAP, a Florida Limited Partnership; PG INVESTMENTS I, INC., a Florida Corporation; PG INVESTMENTS II, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | Case No.: **1:20-CV-20090-RNS** |

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for John P. Kristensen, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. John P. Kristensen, may appear and participate in this action on behalf of Plaintiff Joby Aquino. The Clerk shall provide electronic notification of all electronic filings to John P. Kristensen, at john@kristensenlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served electronically via e-mail, on January 13, 2020, on all counsel or parties of record on the service list.

*Raymond Dieppa*  01/14/2020
Raymond R. Dieppa

<u>SERVICE LIST</u>
**CASE NO.: 1:20-CV-20090-RNS**

No parties besides Plaintiff have appeared in this matter to date.