**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:20-cv-20090-RNS

JOBY AQUINO, et al.,

    Plaintiffs,

v.

BT'S ON THE RIVER, LLC, etc., et al.,

    Defendants.

_____/

## DEFENDANTS' SECOND STATUS REPORT CONCERNING ARBITRATIONS

Defendants, by and through undersigned counsel, pursuant to this Court's Omnibus Order dated July 21, 2020 [*DE #88*] hereby file their Second Status Report as follows:

1. On July 21, 2020, the Court entered an order [*DE #88*] compelling the claims of the following individuals to arbitration and staying their cases:

- Joby Aquino
- Summer Gilbert
- Krystal Penney
- Merlin Luzardo
- Paige Hewett
- Kenia Cantalapiedra
- Adina Minott
- Lysuanis Taylor

2. On October 6, 2020, the Court entered an order [DE #110] compelling the claims of the following individuals to arbitration and staying their cases:

- Annychristina Downs

- Jasniury Cabrera

3. Plaintiff and Defendants' counsel have communicated and on August 28, 2020, agreed on the identity of the arbitrators for the claims of the initial eight Plaintiffs.

4. On October 8, 2020, Plaintiff and Defendants' counsel conducted an initial planning meeting by ZOOM with the arbitrators of six claims.

5. On October 14, 2020, Plaintiff and Defendants' counsel conducted an initial planning meeting by ZOOM with the arbitrator of Ms. Cantalapiedra's claim.

6. Further planning of the arbitrations slowed due to a cost-sharing dispute between the Parties.

7. On November 9, 2020, Plaintiffs filed their Motion for Clarification concerning issues related to prepayment of arbitration costs. [*DE #114*] Defendants responded [*DE #117*] and the Court issued its Order on January 12, 2021. [*DE #121*].

Respectfully submitted, this 21st of January, 2021.

> ADI AMIT, P.A.
> *Counsel for Defendants*
> 101 Centre
> 101 NE Third Avenue, Suite 300
> Fort Lauderdale, Florida 33301
> Phone:   (954) 533-5922
> Fax:       (954) 302-4963
> E-mail: adi@defenderofbusiness.com
>
> By: *s/Adi Amit*
>    Adi Amit, Esquire
>    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2021, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Joby Aquino v. BT's on the River, LLC, etc. et al.*
Case No. 1:20-cv-20090-RNS

Raymond R. Dieppa, Esq.
FLORIDA LEGAL, LLC
14 Northeast 1st Avenue
Suite 1001
Miami, FL 33132
Ray.dieppa@floridalegal.law
*Co-Counsel for Plaintiffs*

John P. Kristensen, Esq.
KRISTENSEN LLP
12540 Beatrice Street
Suite 200
Los Angeles, CA 90066
john@kristensenlaw.com
(Admitted Pro Hac Vice)
*Co-Counsel for Plaintiffs*

Jarrett L. Ellzey, Esq.
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77066
jarrett@hughesellzey.com
(Admitted Pro Hac Vice)
*Co-Counsel for Plaintiffs*

Adi Amit, Esquire
ADI AMIT, P.A.
101 Centre
101 NE Third Ave, Ste. 300
Fort Lauderdale, FL 33301
adi@defenderofbusiness.com
*Counsel for Defendants*